E-FILED
Monday, 21 July, 2008  04:44:58 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| REBECCA FRANZ, ) | |
|            **Plaintiff,** ) | |
| v. ) | |
| ) | Case No. 07-2081 |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
|            **Defendant.** ) | |

# O R D E R

In January 2007, Administrative Law Judge (hereinafter "ALJ") James Gildea denied Plaintiff Rebecca Franz's application for social security supplemental security income benefits. The ALJ based his decision on a finding that Plaintiff's impairments did not prevent her from returning to past relevant work.

In April 2007, Plaintiff filed a Complaint (#5) against Defendant Michael J. Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In October 2007, Plaintiff filed a Motion for Summary Judgment (#15). In January 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#18).

After reviewing the administrative record and the parties' memoranda, this Court granted Plaintiff's Motion for Summary Judgment (#15). Consistent with the Court's reasoning in the Order granting Plaintiff's motion, the Court now **DENIES** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#18)**.

ENTER this 21st day of July, 2008.

                                                        s/ DAVID G. BERNTHAL
                                                      U.S. MAGISTRATE JUDGE